**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Lindon Roy KNUTSON, Defendant–**
**Appellant.**

No. 12–2801.

United States Court of Appeals,
Eighth Circuit.

Submitted: July 18, 2013.

Filed: Aug. 7, 2013.

Kevin S. Ueland, U.S. Attorney's Office, Minneapolis, MN, for Plaintiff–Appellee.

Reynaldo A. Aligada, Jr., Assistant, Federal Public Defender's Office, Minneapolis, MN, for Defendant–Appellant.

Lindon Roy Knutson, Rush City, MN, pro se.

Before GRUENDER, BENTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

After the district court[1] denied his motion to dismiss the indictment, Lindon Roy Knutson conditionally pled guilty to failure to register as a sex offender, in violation of 18 U.S.C. § 2250(a), and 42 U.S.C. §§ 16911, 16913. In his motion to dismiss,

Knutson challenged the constitutionality of the Sex Offender Registration and Notification Act (SORNA)—specifically, 42 U.S.C. § 16913(d)—under the non-delegation doctrine. Earlier, this court had remanded Knutson's case to reconsider his motion in light of the Supreme Court's decision in *Reynolds v. United States*, 565 U.S. ——, 132 S.Ct. 975, 181 L.Ed.2d 935 (2012). On remand, the district court again denied the motion to dismiss. In this appeal, Knutson argues that the district court erred. To the contrary, as decided in *United States v. Kuehl*, 706 F.3d 917, 920 (8th Cir.2013), SORNA does not violate the non-delegation doctrine.

The judgment is affirmed.

---

1. The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota.